AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.

**Hugo Enrique CERVANTES-Salazar (25)**

Tula, Tamaulipas, Mexico

*Defendant(s)*

Case No. L-16-po-55212

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 25, 2016** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1325(a)(3) | an alien, a native and citizen of Mexico, did attempt to enter the United States by a willfully false and misleading representation and willfully concealment of a material fact |

This criminal complaint is based on these facts:

On or about December 25, 2016, the defendant, a citizen and national of Mexico, applied for admission into the United States at the Lincoln Juarez Port of Entry in Laredo, Texas, as a passenger in a vehicle. At time of entry, defendant presented a DSP-150 Border Crossing Card bearing the name and picture of Karen Cervantes Salazar, and claimed to be such person to CBP Officer Sergio Pineda. Upon querying subject, Officer Pineda noticed that facial features from the DSP-150 did not match the features of the subject who presented the card. Secondary inspection was conducted by CBP Officers Hector Gonzalez and Jason Abrego, CBP records revealed that the subject had been previously issued a DSP-150 under the name Hugo Enrique CERVANTES-Salazar with DOB of April 1, 1991. The subject is an undocumented citizen and national of Mexico born in Tula, Tamaulipas, Mexico. Defendant does not possess legal documents to come to, enter or remain in the United States. Facts are based on Customs and Border Protection records. The defendant was paroled into the United States and an Immigration Hold has been placed.

☐ Continued on the attached sheet.

S/ Eduardo Aguilera
*Complainant's signature*

Eduardo Aguilera, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/25/2016

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga U.S. Magistrate Judge
*Printed name and title*